UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEVEN SANTIAGO,   JUDGMENT
   03-CV- 0853 (NGG)
    Plaintiff,

-against-

DENNIS BRODERICK, et al.,

    Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 2 2005 ★
BROOKLYN OFFICE

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 7, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 12, 2005, dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that the action is dismissed.

Dated: Brooklyn, New York
       September 08, 2005

                                      ROBERT C. HEINEMANN
                                      Clerk of Court